UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| K.C. COULTER,             ) | |
|                            ) | |
|        Plaintiff,          ) | 2:10-cv-1708-KJD-RJJ |
|                            ) | |
| vs.                        ) | |
|                            ) | |
| A.J. BENNETT, *et al*.,    ) | O R D E R |
|                            ) | |
|        Defendant,          ) | |

Plaintiff, an inmate proceeding *pro se*, has submitted a Civil Rights Complaint Pursuant to 42 U.S.C. § 1983 (#1-1). Plaintiff also submitted an Application to Proceed *In Forma Pauperis* (#1). He did not include a properly signed financial certificate as required by 28 U.S.C. §1915(a)(2) and Local Rule LSR 1-2. Further, the court finds the proposed complaint is not on a form approved by the court as required by LSR 2-1.

**IT IS THEREFORE ORDERED** that Plaintiff shall file a **NEW** Application to Proceed *in Forma Pauperis*, accompanied by a signed and executed financial certificate and a statement of his inmate trust account. The Clerk of the Court shall send Plaintiff a blank application form for incarcerated litigants with instructions. In the alternative, Plaintiff shall make the necessary arrangements to pay the filing fee of three hundred fifty dollars ($350.00), accompanied by a copy of this order.

IT IS FURTHER ORDERED that Plaintiff must resubmit the proposed § 1983 complaint on a form approved by the Court pursuant to LSR 20-1. The Clerk shall send the appropriate form to the Plaintiff along with a copy of this order.

. . . .

IT IS FURTHER ORDERED that Plaintiff shall have **thirty (30) days** from the date on which this order is entered to comply. Failure to comply will result in the dismissal of this action.

DATED this 12th  day of October, 2010.

                                                  ROBERT J. JOHNSTON
                                                United States Magistrate Judge