UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

K.C. KEITH COULTER,

    Plaintiff,

v.

A.J. BENNETT, *et al.*,

    Defendants.

Case No. 2:10-CV-01708-KJD-RJJ

**ORDER**

On October 12, 2010, Magistrate Judge Robert J. Johnston denied (#4) Plaintiff's Application to Proceed *in Forma Pauperis* ("IFP") (#1) and ordered him to file a new application or pay the full filing fee. The magistrate also ordered Plaintiff to file an amended complaint on the correct form in accordance with LSR 2-1 no later than November 11, 2010. Though the time for doing so has passed, Plaintiff has failed to file an amended complaint, pay the filing fee, or submit a new IFP. Therefore, Plaintiff's complaint is **DISMISSED without prejudice.**

**IT IS SO ORDERED.**

DATED this 22nd day of November 2010.

_____
Kent J. Dawson
United States District Judge